UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:19-cr-261-KHJ-LGI

LANDON MARQUALE DUPREE

## FINAL ORDER OF FORFEITURE

Before this Court is the United States of America's Motion for a Final Order of Forfeiture [74].  Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED.  In support of its ORDER, the Court finds as follows:

WHEREAS, on February 10, 2021, this Court entered an Agreed Preliminary Order of Forfeiture [48], ordering the Defendant, **LANDON MARQUALE DUPREE,** to forfeit

| | |
|---|---|
| 19-ATF-001446 | One (1) Glock, model 22 pistol, CAL:40, Serial No.: AARU944 |
| 19-ATF-001447 | Six (6) Rounds Unknown CAL:40 Ammunition |
| 19-ATF-039530 | One Smith Wesson, model M&P 45, CAL:45, Serial No.: HVT8161 |
| 19-ATF-039531 | One (1) Romarm/Cugir, model Mini Draco pistol, CAL:762, Serial No.: SN:PE-2508-2018RO |

The United States advises that due to the Bureau of Alcohol, Tobacco, Firearms, and Explosives' June 28, 2019, administrative forfeiture of 19-ATF-001446 and 19-ATF-001447, only 19-ATF-039530 and 19-ATF-039531 ("the **Subject Property**") are subject to this final order of forfeiture.

WHEREAS, there are no known potential third-party claimants; and

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and the Preliminary Order so that unknown parties could exercise their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **Subject Property** are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this 20th day of October 2021.

_____
UNITED STATES DISTRICT JUDGE