UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LANDON MARQUALE DUPREE                                             PETITIONER

V.                                           CIVIL ACTION NO. 3:22-CV-247-KHJ

UNITED STATES OF AMERICA                                           RESPONDENT

AND

UNITED STATES OF AMERICA

V.                                           CRIMINAL NO. 3:19-CR-261-KHJ-LGI

LANDON MARQUALE DUPREE

FINAL JUDGMENT

For the reasons given in the Order denying Defendant's Motion to Vacate, entered on this date in Criminal No. 3:19-CR-261-KHJ-LGI, the Court hereby enters a judgment, pursuant to Federal Rule of Civil Procedure 58, in favor of Respondent.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed.

SO ORDERED AND ADJUDGED, this the 26th day of September, 2022.

/s Kristi H. Johnson
UNITED STATES DISTRICT JUDGE